PROB 12C
(6/16)

Report Date: August 16, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Kirkland | Case Number: 0980 2:19CR00020-TOR-1 |
| Address of Offender: ▮ | Spokane, Washington 99206 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 10, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2); | | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 3, 2024 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 2, 2028 | |

### PETITIONING THE COURT

**To issue a <u>WARRANT</u>**.

On May 6, 2024, Mr. Paul Kirkland signed his conditions relative to case number 2:19CR00020-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Kirkland is alleged to have violated mandatory condition number 1 and mandatory condition number 2 by being arrested on August 15, 2024, for the offense of Controlled Substances Counterfeit Substance, in violation of R.C.W. 69.50.4011, a Class B felony, and by being in possession of a controlled substance, to wit 45 "blue pills" identified by law enforcement as being counterfeit controlled substances. |
| | Specifically, on August 15, 2024, the undersigned officer received automated notification, indicating that the subject had been booked into the Spokane County Jail for the offense of |

Prob12C
Re: Kirkland, Paul
August 16, 2024
Page 2

"Legend drug sale delivery or possess with intent." On August 16, 2024, the relative police reports were received by the U.S. Probation Office in Spokane. According to those reports received, on August 15, 2024, surveillance was established by law enforcement in Spokane to identify and detect drug distribution activity. During the conducted surveillance a subject, later identified as Mr. Kirkland, was observed by law enforcement to be having short term traffic visiting his parked vehicle. Law enforcement also observed a third party visit the vehicle who was known to the officer based on previous drug related contacts in the community.

While continuing to observe the identified contact, the officer observed Mr. Kirkland holding a plastic bag in his hand, that which the individual subsequently secured, after which he began to depart the area. Based on the officer's training and experience, he believed he had witnessed a drug transaction. The third party in question was subsequently contacted and found to be in possession of a bag containing "multiple blue pills" with the letter "M" on one side and "30" on the other. The bag was later identified in the report as having approximately 45 pills. Based on his training and experience the officer identified the pills as counterfeit controlled substances, and the subject indicated his having received the pills from Mr. Kirkland, consistent with the officer's observation.

Mr. Kirkland's vehicle was subsequently stopped by law enforcement and Mr. Kirkland was placed into custody for delivery of a controlled substance, with the officer noting that a search warrant for the vehicle would be forthcoming.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 16, 2024

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
August 16, 2024
Date